1  **STEVEN D. BAUER**
   Attorney at Law - SBN 50084
2  428 J Street - Suite 350
   Sacramento, California 95814
3  Telephone: (916) 447-8262

4  Attorney for Defendant: **HAROUTIOUN KAZANCHIAN**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Crim. S-04-138 GEB |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| **HAROUTIOUN KAZANCHIAN,** ) | |
| Defendant, ) | |

It is hereby stipulated between counsel for the government and counsel for the defendant that the Status Conference presently scheduled for May 20, 2005 may be continued until June 17, 2005, at 9:00 a.m.

It is further stipulated by the parties that time is excludable under the Speedy Trial Act until June 17, 2005.

This continuance is necessary to permit counsel to prepare. Counsel for the defense has a tentative agreement with the prosecution. This agreement requires production of medical records to the prosecution and this process is hindered by the ongoing nature of the defendant's medical condition. In light of the foregoing, additional time will be required in order for the defense to prepare. See 18 U.S.C. §3161(h)(8)(A) and 3161(h)(8)(B)(iv). Counsel for the government has authorized the signing of this stipulation.

(Signature and Order on Following Page)

| | |
|---|---|
| Dated: May 19, 2005 | Dated: May 19, 2005 |
| / s / | / s / |
| **STEVEN D. BAUER**<br>Attorney for Defendant | **DANIEL S. LINHARDT**<br>Assistant United States Attorney |

For Good Cause Appearing

**IT IS SO ORDERED**

Dated:  May 19, 2005

```
/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge
```