1  **STEVEN D. BAUER**
   Attorney at Law - SBN 50084
2  428 J Street - Suite 350
   Sacramento, California 95814
3  Telephone: (916) 447-8262

4  Attorney for Defendant: **HAROUTIOUN KAZANCHIAN**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Crim. S-04-138 GEB |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING CHANGE** |
| ) | **OF PLEA** |
| **HAROUTIOUN KAZANCHIAN,** ) | |
| ) | |
| Defendant, ) | |
| _____ ) | |

It is hereby stipulated between counsel for the government and counsel for the defendant that the Status Conference presently scheduled for July 1, 2005 may be continued until Jujly 22, 2005, at 9:00 a.m. for a change of plea.

It is further stipulated by the parties that time is excludable under the Speedy Trial Act until July 22, 2005.

This continuance is necessary to permit counsel to prepare. Counsel for the parties have reached an agreement regarding the disposition of this matter, which agreement has been reduced to writing and is pending signature by the defendant. The defendant is in poor health and special arrangements must be made for his trvel from Los Angel  In light of the foregoing, additional time will be required in order for the defense to prepare. See 18 U.S.C. §3161(h)(8)(A) and 3161(h)(8)(B)(iv).  Counsel for the government has authorized the signing of this stipulation.

(Signature and Order on Following Page)

| | |
|---|---|
| Dated: June 30, 2005 | Dated: June 30, 2005 |
| / s / | / s / |
| **STEVEN D. BAUER**<br>Attorney for Defendant | **DANIEL S. LINHARDT**<br>Assistant United States Attorney |

**IT IS SO ORDERED**

Dated:  June 30, 2005

```
                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge
```