**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262

Attorney for Defendant: **HAROUTIOUN KAZANCHIAN**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Crim. S-04-138 GEB |
| ) Plaintiff, ) | |
| v. ) | **STIPULATION AND ORDER CONTINUING CHANGE OF PLEA** |
| **HAROUTIOUN KAZANCHIAN,** ) | |
| ) Defendant, ) | |

It is hereby stipulated between counsel for the government and counsel for the defendant that the Status Conference presently scheduled for September 2, 2005 may be continued until September 16, 2005, at 9:00 a.m. for a change of plea.

It is further stipulated by the parties that time is excludable under the Speedy Trial Act until September 16, 2005.

This continuance is necessary to permit counsel to prepare. Counsel for the parties have reached an agreement regarding the disposition of this matter, which agreement has been reduced to writing and is pending signature by the defendant. The defendant is in poor health and special arrangements must be made for his travel from Los Angeles. In light of the foregoing, additional time will be required in order for the defense to prepare. See 18 U.S.C. §3161(h)(8)(A) and 3161(h)(8)(B)(iv). Counsel for the government has authorized the signing of this stipulation.

(Signature and Order on Following Page)

1 | Dated: September 2, 2005                                    Dated: September 2, 2005

2

3 | / s / Steven D. Bauer                                       / s / Daniel S. Linhardt

4 | **STEVEN D. BAUER**                                         **DANIEL S. LINHARDT**
    Attorney for Defendant                                      Assistant United States Attorney

5

6

7

8 | For Good Cause Appearing

9 | **IT IS SO ORDERED**

10 | Dated:  September 2, 2005

11

12 |                                                            /s/ Garland E. Burrell, Jr.
                                                                GARLAND E. BURRELL, JR.
                                                                United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28